ASBURY LESTER, Appellant, *v.* THE MAYOR, ALDERMEN AND COMMONALTY OF THE CITY OF NEW YORK, Respondent.

*Lester* v. *Mayor, etc., of N. Y.,* 79 Hun, 479, affirmed.
(Argued October 13, 1896; decided October 27, 1896.)

APPEAL from judgment of the General Term of the Supreme Court in the first judicial department, entered August 10, 1894, which affirmed a judgment in favor of defendant entered upon a decision of the court on trial at Circuit dismissing the complaint.

*James A. Deering* for appellant.

*Francis M. Scott* for respondent.

Judgment affirmed, with costs, on the ground that plaintiff established no cause of action on the merits; no opinion.
All concur.